UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Case No. 1:11-cr-348

v.                                                       HON. JANET T. NEFF

GALACION CANO RIOS, JR.,

    Defendant.
    _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed April 3, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    THEREFORE, IT IS ORDERED that:

    1. The Report and Recommendation of the Magistrate Judge (Dkt 58) is APPROVED and ADOPTED as the opinion of the Court.

    2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Superseding Indictment.

    3. The written plea agreement is hereby continued under advisement pending sentencing.


Date: April 23, 2012                                      /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                  United States District Judge